UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PAUL PIAZZA,

                Plaintiff,

  -v-                                                   1:11-CV-957
                                                        (DNH/DEP)

CAROLYN A. COLVIN, Acting Commissioner
of Social Security,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                               OF COUNSEL:

OFFICE OF ALEX C. DELL            GEORGE P. FERRO, ESQ.
Attorneys for Plaintiff
450 New Karner Road
Albany, NY 12205

OFFICE OF REGIONAL GENERAL    JOANNE JACKSON PENGELLY, ESQ.
   COUNSEL
Attorneys for Defendant
Social Security Administration
Region II
26 Federal Plaza, Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

      Plaintiff Paul Piazza filed this action seeking judicial review of a final decision of the Commissioner of Social Security denying his application for disability benefits and supplemental security income payments under the Social Security Act. This action was dismissed as untimely nearly three years ago. Plaintiff has now moved for relief from the

judgment of dismissal and requests reinstatement of his complaint pursuant to Rule 60 of the Federal Rules of Civil Procedure. By Report-Recommendation dated April 10, 2015, the Honorable David E. Peebles, United States Magistrate Judge, recommended that the motion be denied based both upon the inordinate length of time that has passed since the case was closed and on the merits. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

Plaintiff's motion pursuant to Federal Rule of Civil Procedure 60(b)(6) for relief from the court's prior order and judgment dismissing his complaint is DENIED.

IT IS SO ORDERED.

United States District Judge

Dated: May 1, 2015
       Utica, New York.